IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **MEDICAL BUYERS GROUP LLC d/b/a INTEGRITY,**  *Plaintiff,*  v.  **CANDICE PENCE,** *et al.*,  *Defendants.* | **CIVIL ACTION NO. 3:25-cv-00105-TES** |

**ORDER GRANTING PLAINTIFF LEAVE TO FILE AMENDED RESPONSES**

In his Response to the Court's Amended Order to Show Cause, Plaintiff's counsel requests leave to file amended versions of his previous responses. [Doc. 44, p. 11]. Specifically, Plaintiff's counsel wishes to amend his responses so that the operative responses reflect only verified authority, rather than the "non-existent and erroneous citations" present in the current responses. [Doc. 44, p. 11]; *see also* [Doc. 34]; [Doc. 37]. Accordingly, the Court **GRANTS** Plaintiff leave to file amended versions of both Responses. [Doc. 34]; [Doc. 37]; Fed. R. Civ. P. 15(a)(2).

**SO ORDERED**, this 7th day of November, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**