# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

MEDICAL BUYER'S GROUP, LLC,
D/B/A  INTEGRITY,

    *Plaintiffs*,

v.

CANDICE PENCE AND P4
BIOLOGIX, LLC,

    *Defendants*.

CASE NO: 3:25-cv-00105-TES

## ORDER

Before the Court is the Parties' Joint Motion to Dismiss With Prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Having considered the Motion and finding good cause shown, the Motion is GRANTED.

All remaining claims asserted by Plaintiff against Defendant Candice Pence are hereby DISMISSED WITH PREJUDICE. Each party shall bear its own attorneys' fees, costs, and expenses, except as otherwise provided in this Court's prior orders and in the Parties' settlement agreement.

SO ORDERED, this _27_ day of __February__, 2026.


    s/Tilman E. Self, III

    TILMAN E. SELF, III
    UNITED STATES DISTRICT JUDGE

1